# IN THE UNITED STATES DISTRICT COURT FOR
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| DUSTIN MILLER, GEORGE MUNN, RAMIRO GARRIDO, and DENNIS COHEN, *On Behalf of Themselves and All Others Similarly Situated* <br><br> Plaintiff, <br><br> v. <br><br> BRAVURA INFORMATION TECHNOLOGY SYSTEMS, INC., and CLAUDINE ADAMS <br> Defendant. | § § § § § § § § § § § § § § § | CASE NUMBER: 7:18-cv-00041 |

## DEFENDANTS BRAVURA INFORMATION TECHNOLOGY SYSTEMS, INC'S CORPORATE DISCLOSURE STATEMENT

Defendant Bravura Information Technology Systems, Inc. ("Bravura"), pursuant to Fed. R. Civ. P. 7.1, hereby states that it has no parent corporation or other affiliated entities and that no publicly held corporation owns 10 percent or more of its stock. Bravura is a privately-owned company.

Dated: March 23, 2018.

                                                Respectfully submitted,

                                                **HOLLAND & KNIGHT LLP**

                                                By:  *s/ Charles T. Jeremiah*
                                                        Charles T. Jeremiah
                                                        charles.jeremiah@hklaw.com
                                                        Texas Bar No. 00784338
                                                        Jason Huebinger
                                                        jason.huebinger@hklaw.com
                                                        Texas Bar No. 24065460
                                                        1100 Louisiana Street, Suite 4300
                                                        Houston, Texas 77002
                                                        Telephone: (713) 821-7000
                                                        Facsimile:   (713) 821-7001

**ATTORNEYS FOR DEFENDANT
BRAVURA INFORMATION
TECHNOLOGY SYSTEMS, INC., AND
CLAUDINE ADAMS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of March, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on counsel identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Cynthia R. Levin Moulton
Lance C. Arney
800 Taft Street
Houston, Texas 77019
Telephone: (713) 353-6699
Facsimile: (713) 353-6698
Email: cmoulton@moultonwilsonarney.com
Email: larney@moultonwilsonarney.com

                                        */s/ Charles T. Jeremiah*
                                           Charles T. Jeremiah