# OPT-IN CONSENT FORM

Miller, et al. v. Bravura Information Technology Systems, Inc., et al.
Civil Action No. 7:18-cv-00041

**Complete and Return to:**

Kleinbard LLC
Attn: Bravura Aerostat Operators Unpaid Overtime Action
One Liberty Place
1650 Market Street, 46th Floor
Philadelphia, PA 19103
Fax: 215-568-0140
Email: prosenzweig@kleinbard.com

Name: Jamie Cox   Phone No.: 205-534-6206
Address: 3726 Queen Anne Loop Apt 206   E-mail: Jamie.coxjr@yahoo.com
Fayetteville, NC. 28306

## CONSENT TO JOIN FLSA COLLECTIVE ACTION
**Pursuant to Fair Labor Standards Act**
**29 U.S.C. § 216(b)**

1. I am over 18 years of age. I consent and agree to pursue my claims related to unpaid wages and overtime compensation in connection with the above-referenced Lawsuit.

2. I understand that this Lawsuit is brought against the Defendants under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* to collect unpaid wages and overtime compensation. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this Lawsuit.

3. I hereby designate the law firms of Moulton, Wilson & Arney, L.L.P. and Kleinbard LLC to represent me for all purposes in this Lawsuit.

4. I also designate the Class Representatives as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this Lawsuit.

(Signature) [signed]   (Date Signed) 31 July 2018

**\*\*NOTE\*\***

Statute of limitations concerns mandate that you return this form promptly to preserve your rights.