Exhibit A

# CLASS MEMBER OVERTIME AWARDS

**I. Class Members Hired Prior to June 1, 2018**

| Employee ID # | Back Wages | Overtime Award | Recovery @ 40% Fee | Recovery @ 36% Fee | Recovery @ 33⅓ Fee |
|---|---|---|---|---|---|
| A00100 | $61,328.49 | $72,628.49 | $43,577.09 | $46,482.23 | $48,443.20 |
| A00277 | $52,641.77 | $61,681.77 | $37,009.06 | $39,476.33 | $41,141.74 |
| A00027 | $37,511.11 | $44,291.11 | $26,574.67 | $28,346.31 | $29,542.17 |
| A00318 | $55,392.81 | $65,562.81 | $39,337.69 | $41,960.20 | $43,730.39 |
| A00351 | $35,204.09 | $41,532.09 | $24,919.25 | $26,580.54 | $27,701.90 |
| A00151 | $69,282.09 | $81,938.09 | $49,162.85 | $52,440.38 | $54,652.71 |
| A00039 | $56,338.10 | $66,734.10 | $40,040.46 | $42,709.82 | $44,511.64 |
| A00562 | $17,919.92 | $21,083.92 | $12,650.35 | $13,493.71 | $14,062.97 |
| A00320 | $48,603.86 | $57,417.86 | $34,450.72 | $36,747.43 | $38,297.71 |
| A00357 | $57,714.11 | $68,336.11 | $41,001.67 | $43,735.11 | $45,580.19 |
| A00321 | $55,187.55 | $65,357.55 | $39,214.53 | $41,828.83 | $43,593.49 |
| A00322 | $44,763.24 | $52,899.24 | $31,739.54 | $33,855.51 | $35,283.79 |
| A00323 | $52,161.44 | $61,653.44 | $36,992.06 | $39,458.20 | $41,122.84 |
| A00324 | $50,127.72 | $59,393.72 | $35,636.23 | $38,011.98 | $39,615.61 |
| A00325 | $60,798.59 | $71,872.59 | $43,123.55 | $45,998.46 | $47,939.02 |
| A00561 | $29,131.91 | $34,329.91 | $20,597.95 | $21,971.14 | $22,898.04 |
| A00182 | $61,057.16 | $72,357.16 | $43,414.30 | $46,308.58 | $48,262.23 |
| A00426 | $30,493.73 | $36,143.73 | $21,686.24 | $23,131.99 | $24,107.87 |
| A00315 | $65,232.36 | $77,210.36 | $46,326.22 | $49,414.63 | $51,499.31 |
| A00316 | $60,906.21 | $72,206.21 | $43,323.73 | $46,211.97 | $48,161.54 |
| A00161 | $65,853.46 | $78,057.46 | $46,834.48 | $49,956.77 | $52,064.33 |
| A00326 | $56,413.30 | $66,809.30 | $40,085.58 | $42,757.95 | $44,561.80 |
| A00176 | $71,446.30 | $84,554.30 | $50,732.58 | $54,114.75 | $56,397.72 |
| A00560 | $21,666.76 | $25,508.76 | $15,305.26 | $16,325.61 | $17,014.34 |
| **TOTAL** | $1,217,175.90 | $1,439,559.80 | $863,736.06 | $921,318.27 | $960,186.38 |
| **AVERAGE PER CLASS MEMBER** | $50,715.66 | $59,981.66 | $35,989 | $38,388.26 | $40,007.77 |

| II. Class Members Hired After June 1, 2018 | | | | | |
|---|---|---|---|---|---|
| **Employee ID #** | **Back Wages** | **Overtime Award** | **Recovery @ 40% Fee** | **Recovery @ 36% Fee** | **Recovery @ 33⅓ Fee** |
| A00744 | $1,512 | $1,738 | $1,042.80 | $1,112.32 | $1,159.25 |
| A00648 | $1,242 | $1,468 | $880.80 | $939.52 | $979.16 |
| A00047 | $4,104 | $4,782 | $2,869.20 | $3,060.48 | $3,189.59 |
| A00848 | $1,260 | $1,486 | $891.60 | $951.04 | $991.16 |
| A00847 | $954 | $1,112 | $667.20 | $711.68 | $741.70 |
| A00768 | $2,520 | $2,972 | $1,783.20 | $1,902.08 | $1,982.32 |
| A00709 | $1,296 | $1,522 | $913.20 | $974.08 | $1,015.17 |
| A00696 | $1,314 | $1,540 | $924 | $985.60 | $1,027.18 |
| A00701 | $2,898 | $3,350 | $2,010 | $2,144 | $2,234.45 |
| A00850 | $1,368 | $1,594 | $956.40 | $1,020.16 | $1,063.20 |
| A00766 | $3,312 | $3,764 | $2,258.40 | $2,408.96 | $2,510.59 |
| A00710 | $2,664 | $3,116 | $1,869.60 | $1,994.24 | $2,078.37 |
| A00767 | $3,096 | $3,548 | $2,128.80 | $2,270.72 | $2,366.52 |
| A00747 | $4,320 | $4,998 | $2,998.80 | $3,198.72 | $3,333.67 |
| **TOTAL** | **$31,860** | **$36,990** | **$22,194** | **$23,673.60** | **$24,672.33** |
| **AVERAGE PER CLASS MEMBER** | **$2,275.71** | **$2,642.14** | **$1,585.29** | **$1,690.97** | **$1,762.31** |