IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| DUSTIN MILLER, GEORGE MUNN, RAMIRO GARRIDO, and DENNIS COHEN, §§§§§§§§§§§§§§§§§§ | | |
| *On Behalf of Themselves and All Others Similarly Situated* | | |
| Plaintiffs, | | |
| v. | | Civil Action No. 7:18-cv-00041 |
| BRAVURA INFORMATION TECHNOLOGY SYSTEMS, INC., and CLAUDINE ADAMS | | |
| Defendants. | | |

| | | |
|---|---|---|
| JONATHAN BURCHFIELD, §§§§§§§§§§§§§§§§ | | |
| *Individually and on Behalf of All Others Similarly Situated* | | |
| Plaintiff, | | |
| v. | | Civil Action No. 7:18-cv-00042 (Consol. with No. 7:18-cv-00041) |
| BRAVURA INFORMATION TECHNOLOGY SYSTEMS, INC., and CLAUDINE ADAMS | | |
| Defendants. | | |

**SECOND RENEWED JOINT MOTION FOR APPROVAL OF
<u>SETTLEMENT AGREEMENTS AS AMENDED</u>**

Named Plaintiffs Dustin Miller, George Munn, Ramiro Garrido, Dennis Cohen, and Jonathan Burchfield, together with Defendants Bravura Information Technology Systems, Inc. and Claudine Adams, file this Second Renewed Joint Motion for Approval of Settlement Agreements as Amended.

1.　　A status conference was held on July 9, 2019, during which the Parties advised the Court that they wished to go forward with the Settlement Agreements filed in November, 2018, with a few minor amendments to address the passage of time while the settlements have been pending Court approval. (The settlement amount has already been fully funded by Bravura with the settlement administrator in the total amount of $1,500,000.00, comprising a $1,125,000.00 fund for Operators and a $375,000.00 fund for Shift Leads).

2.　　On July 11, 2019, the Parties filed their Renewed Joint Motion for Approval of Settlement Agreements as Amended. (Dkt. No. 55).

3.　　On August 13, 2019, Class Counsel filed a Status Report which notified the Court of the completion of the thirty (30) day claims period and the number of individuals who opted to join in the case. (Dkt. No. 84).

4.　　On August 16, 2019, the Court entered an Order Denying Approval of Settlement. (Dkt. No. 85). As grounds for the denial, the Court described its concerns relating to the appointment of a settlement claims administrator, an opt-in form filed after the close of the claims period, the Named Plaintiffs' General Release of Claims, and the attorneys' fees sought by Class Counsel.

5.　　On August 21, 2019, Class Counsel filed a Status Report (2) which provided additional information related to the issue of the attorneys' fees. (Dkt. No. 86).

{01809133;v1 }

6.  On August 22, 2019, a Status Conference was held during which the aforementioned issues were discussed. Counsel for the Parties explained to the Court that they (i) had mutually agreed to the appointment of RG2 Claims Administration, LLC as the settlement administrator, and (ii) agreed to remove the Named Plaintiffs' General Release provision from each Settlement Agreement. Further, Class Counsel explained the circumstances relating to the one opt-in form filed after the close of the claims period, and represented that the opt-in form had been timely submitted to them. Counsel for Defendants did not object to the Court's acceptance of that opt-in form as timely. With regard to Class Counsels' attorneys' fees, the Court explained its questions concerning the percentage of the fees requested and permitted Class Counsel to file a supplement to the Status Report as to the reasonableness regarding the percentage of attorneys' fees. Another Status Conference was scheduled for August 29, 2019.

7.  On August 27, 2019, Plaintiffs' Supplemental Memorandum of Law in Support of Request for Attorneys' Fees and Costs was filed. (Dkt. No. 87). Therein, Plaintiffs' detailed the factors that weigh in favor of approving Class Counsels' requested attorneys' fees.

8.  At the August 29, 2019 Status Conference, the Court requested that the Parties file this Second Renewed Joint Motion for Approval of Settlement Agreements as Amended.

9.  To address the issues raised by the Court, the Parties have made the following revisions to the Settlement Agreements –

   (a)  Each Settlement Agreement shall be amended to remove any reference to a general release of claims by the Named Plaintiffs, including specifically Paragraph III.B. [The amended Settlement Agreement in the *Miller* case is attached hereto as Exhibit "A", and the amended Settlement Agreement in the *Burchfield* case is attached hereto as Exhibit "B"]

{01809133;v1 }

(b) Paragraph I.G. of each Settlement Agreement shall be amended to make the Claims Deadline the "fourteenth day following the date of the Notice of FLSA Collective Action Settlement." [Both the Notice of FLSA Collective Action Settlement and the Claim, Waiver, Release and Consent to Join FLSA Collective Action Settlement Form in the *Miller* case are attached hereto, respectively, as Exhibits "C" and "D"] [Both the Notice of FLSA Collective Action Settlement and the Claim, Waiver, Release and Consent to Join FLSA Collective Action Settlement Form in the *Burchfield* case are attached hereto, respectively, as Exhibits "E" and "F"]

(c) Paragraph II.D.2. of each Settlement Agreement shall be amended to provide for follow-up notice to be sent to all members of the Plaintiff Class who have not responded with a Claim, Waiver, Release and Consent to Join FLSA Collective Action Settlement Form, seven days prior to the Claims Deadline.

(d) Paragraph III.D. of each Settlement Agreement shall be amended to state that Class Counsel "… will seek up to, but no more than 40% of the balance of the Gross Settlement Fund in attorneys' fees (the "Fees Award")."

16. With these amendments, the Parties hereby renew their (i) Joint Motions for Approval of Settlement Agreements and Release and Stipulation of Dismissal with Prejudice (Dkt. No. 36 in the *Miller* case and Dkt. No. 33 in the *Burchfield* case), including and incorporating all attachments and exhibits to those motions as well as the supplements and exhibits filed by the Plaintiffs on March 5, 2019 (Dkt. No. 41 in the *Miller* case and Dkt. No. 38 in the *Burchfield* case), and (ii) Renewed Joint Motion for Approval of Settlement Agreements

as Amended (Dkt. No. 55), including and incorporating all attachments and exhibits to that motion.

## PRAYER

The Parties jointly request that the Court: (1) approve the settlements for each Plaintiff Class, including all of the terms set forth in each Settlement Agreement, as amended as set forth above; (2) direct the Parties to implement and complete the notice and claims process as set forth in each Settlement Agreement (as amended); and (3) dismiss the case and all claims with prejudice in accordance with each Settlement Agreement. The Parties further request any other relief to which they may be entitled.

Date: August 30, 2019

Respectfully submitted,

MOULTON, WILSON & ARNEY, L.L.P

By: /s/ Lance C. Arney
Cynthia R. Levin Moulton (Bar No. 12253450)
Lance C. Arney (Bar No. 00796137)
800 Taft Street
Houston, Texas 77019
Telephone: (713) 353-6699
Facsimile: (713) 353-6698
Email: cmoulton@moultonwilsonarney.com
Email: larney@moultonwilsonarney.com

Of Counsel:

Peter R. Rosenzweig
(admitted *pro hac vice*)
Kleinbard LLC
1717 Arch Street, 5th Floor
Philadelphia, Pennsylvania 19103
Telephone: (267) 443-4120

{01809133;v1 }

Telecopier: (215) 568-0140

*Attorneys for Plaintiffs*

**HOLLAND & KNIGHT LLP**

By: *s/ Charles T. Jeremiah*
    Charles T. Jeremiah
    charles.jeremiah@hklaw.com
    Texas Bar No. 00784338
    Jason Huebinger
    jason.huebinger@hklaw.com
    Texas Bar No. 24065460
    1100 Louisiana Street, Suite 4300
    Houston, Texas 77002
    Telephone: (713) 821-7000
    Facsimile: (713) 821-7001

Of Counsel:

Kara M. Ariail (admitted *pro hac vice*)
Kevin D'Olivo (admitted *pro hac vice*)
1650 Tysons Boulevard, Suite 1700
Tysons, Virginia 22102
Kara.ariail@hklaw.com
Kevin.dolivo@hklaw.com
Telephone: (703) 720-8027

*Attorneys for Defendants*