United States District Court
Southern District Of Texas
FILED
SEP 3 0 2019
David J. Bradley, Clerk

United States District Court
Southern District of Texas
**ENTERED**
September 30, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| DUSTIN MILLER, *et al.* § | |
| § | |
| Plaintiffs, § | CIVIL ACTION NO. 7:18-CV-00041 |
| VS. § | |
| § | |
| BRAVURA INFORMATION § | |
| TECHNOLOGY SYSTEMS, INC., *et al.* § | |
| § | |
| Defendants. § | |

## ORDER APPROVING SETTLEMENT AGREEMENTS

The parties filed a Joint Notice Accepting Order on Settlement Agreements (Dkt. No. 90) on September 11, 2019, indicating their approval of certain modifications to the settlement agreements as outlined in the Court's Order issued September 11, 2019 (Dkt. No. 89).

The Court has withheld approval of the settlement agreements for fourteen days so that class counsel would have additional time to file any necessary motions for voluntary dismissal. The fourteen-day time period having passed and no motions for voluntary dismissal having been filed, the Court **APPROVES** the settlement agreements filed as Dkt. No. 88-1 and Dkt. No. 88-2 with the amendments discussed in the Court's previous order (Dkt. No. 89). The Settlement Administrator is **ORDERED** to effectuate the administration of the settlement fund and to disperse the Overtime Awards to **all** Plaintiffs, both named and opt-in. As specified in the Court's previous Order, the Court awards $2,271.25 in litigation costs and a 35% attorneys' fees award, with the attorneys' fees award to be deducted from the settlement fund after litigation costs, incentive awards, and settlement administration costs are administered. (Dkt. No. 89 at 15).

The Clerk of this Court shall forward a copy of this Order to the parties and to RG2 Claims Administration, LLC by any receipted means.

It is so **ORDERED**.

DONE this 30th day of September, 2019, at McAllen, Texas.

_____
J. SCOTT HACKER
United States Magistrate Judge